IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 2:05-427 |
|---|---|---|
| | ) | |
| vs. | ) | 18 USC §922(g)(1) |
| | ) | 18 USC §924(a)(2) |
| TIMOTHY CISCO MCWILLIAMS | ) | 18 USC §924(e)(1) |
| | ) | |
| | ) | **INDICTMENT** |
| | ) | |

### COUNT 1

THE GRAND JURY CHARGES:

On or about October 16, 2004, in the District of South Carolina, the defendant, **TIMOTHY CISCO MCWILLIAMS**, having been convicted of a crime punishment by imprisonment for a term exceeding one year, knowingly did possess in and affecting commerce, a firearm and ammunition, that is a Lorcin .25 caliber pistol and .25 caliber ammunition, all of which had been shipped and transported in interstate commerce;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 924(e)(1).

A____TRUE_____BILL

_s/Foreperson_____
FOREPERSON

_s/Jonathan S. Gasser_____
JONATHAN S. GASSER (ACB)
ACTING UNITED STATES ATTORNEY

# *PENALTIES*

MAXIMUM IMPRISONMENT: 10 YEARS:
MAXIMUM FINE OF $ 250,000
SUPERVISED RELEASE: 3 YEARS
SPECIAL ASSESSMENT $ 100.00

***If Defendant has three (3) previous convictions for a serous drug offense and/or a violent felony:***
MINIMUM IMPRISONMENT: 15 YEARS
MAXIMUM IMPRISONMENT: LIFE
MAXIMUM FINE OF $ 250,000
SUPERVISED RELEASE: 5 YEARS
SPECIAL ASSESSMENT $ 100.00